| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Gross, Kevin | 2. Court or Organization  U.S. Bankruptcy Court, DE | 3. Date of Report  06/18/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination        Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  1/1/2013 to 12/31/2013 |
| 7. Chambers or Office Address  824 N. Market St, 6th Floor  Wilmington, DE 19801 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/18/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 05/16/2013 | New York, NY | ABI NYC Annual Bankruptcy Conference | travel & parking |
| 2. | American Bankruptcy Institute | 10/11/2013 | New York, NY | ABI Mid Level Conference | travel & parking |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/18/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | State of Israel 7th Dev Reg Savings Amended Bond | A | Interest | J | T | | | | | |
| 2. | State of Israel 8th Infr & Absp Issue Bond | | None | | | Redeemed | 04/03/13 | J | | |
| 3. | State of Israel 8th Infr & Absp Issue Bonc | A | Interest | J | T | | | | | |
| 4. | State of Israel 8th Infr & Absp Issue Bond | A | Interest | J | T | | | | | |
| 5. | Newberger Berman Brokerage Account #1 | | | | | | | | | |
| 6. | -Dreyfus Treas Prime Cash Mgmt Inv Shs money market fund | | None | J | T | | | | | |
| 7. | -Schlumberger Ltd common stock | A | Dividend | J | T | | | | | |
| 8. | -Neuberger Berman Genesis FD Institutional Class mutual fund | A | Dividend | K | T | Sold (part) | 09/25/13 | J | B | |
| 9. | | B | Distribution | | | Sold (part) | 09/26/13 | J | B | |
| 10. | -Sociedad Quimica Minera De Chile SA Apon ADR Ser B com stk | A | Dividend | | | Sold (part) | 02/20/13 | J | A | |
| 11. | | | | | | Sold | 06/10/13 | J | A | |
| 12. | -SPDR Gold Tr Gold Shs common stock | | None | | | Sold (part) | 04/11/13 | J | B | |
| 13. | | | | | | Sold | 09/10/13 | J | B | |
| 14. | -Range Resources Corp common stock | A | Dividend | | | Sold | 09/26/13 | J | B | |
| 15. | -EMC Corp - Mass common stock | A | Dividend | J | T | | | | | |
| 16. | -Potash Corp of Saskatchewan Inc CA Listed common stock | A | Dividend | | | Sold | 07/30/13 | J | | |
| 17. | -Google Inc Cl A common stock | | None | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Kubota Corporation ADR common stock | A | Dividend | | | Sold (part) | 04/03/13 | J | B | |
| 19. | | | | | Sold | 08/16/13 | J | B | |
| 20. -Cenovus Energy Inc common stock | A | Dividend | J | T | | | | | |
| 21. -Sanofi Aventis Spon ADR common stock | A | Dividend | J | T | | | | | |
| 22. -Valmont Industries Inc common stock | A | Dividend | J | T | | | | | |
| 23. -Crescent Point Energy Corp common stock | A | Dividend | | | Sold | 01/23/13 | J | | |
| 24. -Occidental Pete Corp common stock | A | Dividend | K | T | | | | | |
| 25. -Treasury Wine Estates common stock | A | Dividend | | | Sold | 03/22/13 | J | B | |
| 26. -Boeing Co common stock | A | Dividend | | | Sold | 09/26/13 | J | C | |
| 27. -Honeywell Intl Inc common stock | A | Dividend | J | T | Sold (part) | 09/26/13 | J | B | |
| 28. -Linear Technology Corp common stock | | None | | | Sold | 04/04/13 | J | A | |
| 29. -Neuberger Berman Eq FDS GBL Thematic Opp FD Instl mutual fd | A | Dividend | K | T | Sold (part) | 09/25/13 | J | A | |
| 30. | | | | | Sold (part) | 09/26/13 | J | A | |
| 31. -Unilever N V New York Shs New ADR | A | Dividend | J | T | | | | | |
| 32. -Weyerhaeuser Co common stock | A | Distribution | | | Sold | 06/17/13 | J | A | |
| 33. -Intel Corp common stock | | None | | | Sold | 01/18/13 | J | | |
| 34. -Novartis AG American Depository Shrs | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Southwestern Energy Co common stock | | None | | | Sold | 11/08/13 | J | A | |
| 36. -American International Group Inc New common stock | A | Dividend | J | T | Buy | 01/25/13 | J | | |
| 37. -Motorola Solutiions Inc common stock | A | Dividend | | | Buy | 01/18/13 | J | | |
| 38. | | | | | Sold | 09/16/13 | J | | |
| 39. -Cisco Systems common stock | A | Dividend | J | T | Buy | 01/18/13 | J | | |
| 40. -General Dynamics Corp common stock | A | Dividend | J | T | Buy | 02/26/13 | J | | |
| 41. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 42. -Deere & Co common stock | A | Dividend | J | T | Buy | 05/20/13 | J | | |
| 43. -Koninklijke Philips N V common stock | | None | J | T | Buy | 07/24/13 | J | | |
| 44. -Foot Locker common stock | A | Dividend | J | | Buy | 08/20/13 | J | | |
| 45. -Bed Bath & Beyond common stock | | None | J | T | Buy | 08/27/13 | J | | |
| 46. -Express Scripts Holding Company common stock | | None | J | T | Buy | 08/27/13 | J | | |
| 47. -Gap Inc common stock | | None | J | T | Buy | 10/11/13 | J | | |
| 48. -Corning Inc comon stock | A | Dividend | J | T | Buy | 11/04/13 | J | | |
| 49. -Antero Resources Corp common stock | | None | J | T | Buy | 11/08/13 | J | | |
| 50. -General Motors Company common stock | | None | J | T | Buy | 12/06/13 | J | | |
| 51. -Sandisk Corp common stock | | None | J | T | Buy | 12/06/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. M&T Bank checking account | A | Interest | K | T | | | | | |
| 53. IRA #1 | | | | | | | | | |
| 54. -Guardian Fund Investor Class mutual fund | A | Interest | K | T | | | | | |
| 55. IRA #2 | | | | | | | | | |
| 56. -Guardian Fund Investor Class mutual fund | A | Interest | K | T | | | | | |
| 57. MetLife-whole life | A | Dividend | J | T | | | | | |
| 58. MetLife-whole life | A | Dividend | J | T | | | | | |
| 59. 1/3 interest in Trisis-oil & gas royalty interest & land in | | | | | | | | | |
| 60. Scurry, Tyler & Wood Counties, TX | E | Royalty | O | W | | | | | |
| 61. IRA Rollover Acct #1 | | | | | | | | | |
| 62. -Dreyfus Treas Prime Cash Mgmt Inv shs money mkt fd | | None | N | T | | | | | |
| 63. -Sociedad Quimica Minera de Chile SA Spon ADR Ser B common | A | Dividend | | | Sold (part) | 02/20/13 | J | C | |
| 64. | | | | | Sold | 06/07/13 | J | B | |
| 65. -Neuberger Berman Genesis FD Institutional Class mutual fund | A | Dividend | M | T | Buy (add'l) | 02/19/13 | K | | |
| 66. | D | Distribution | | | Buy (add'l) | 05/07/13 | K | | |
| 67. | | | | | Buy (add'l) | 05/20/13 | K | | |
| 68. -Philip Morris International common stock | B | Dividend | | | Buy (add'l) | 07/03/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Sold | 11/21/13 | K | D | |
| 70. -Ishares TR NASDAQ Biotechnology Index Fd common stock | A | Dividend | | | Sold | 10/09/13 | L | E | |
| 71. -EMC Corp-Mass common stock | | None | | | Sold | 06/26/13 | K | | |
| 72. -SPDR Gold Tr Gold Shs common stock | | None | | | Sold (part) | 04/11/13 | K | D | |
| 73. | | | | | Sold | 09/10/13 | K | E | |
| 74. -Schlumberger Ltd common stock | A | Dividend | | | Sold | 12/05/13 | L | D | |
| 75. -Southwestern Energy Co common stock | | None | | | Sold | 11/07/13 | K | E | |
| 76. -Range Resources Corp common stock | A | Dividend | L | T | | | | | |
| 77. -Potash Corp of Saskatchewan Inc CA Listed common stock | A | Dividend | | | Buy (add'l) | 02/19/13 | K | | |
| 78. | | | | | Sold | 07/30/13 | K | | |
| 79. -Google Inc common stock | | None | L | T | | | | | |
| 80. -Unilever N V New York Shs New ADR common stock | C | Dividend | L | T | | | | | |
| 81. -Kubota Corporation common stock | A | Dividend | | | Sold (part) | 04/03/13 | K | E | |
| 82. | | | | | Sold | 08/20/13 | K | E | |
| 83. -Cenovus Energy Inc common stock | B | Dividend | L | T | | | | | |
| 84. -Sanofi Aventis Spon ADR common stock | A | Dividend | K | T | Sold (part) | 01/29/13 | J | C | |
| 85. -Valmont Industries Inc common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Crescent Point Energy Corp common stock | A | Dividend | | | Sold | 02/07/13 | K | | |
| 87. -Linear Technology Corp common stock | | None | | | Sold | 04/05/13 | L | C | |
| 88. -Centurylink Inc common stock | A | Dividend | | | Sold | 05/16/13 | J | | |
| 89. -Microchip Technology Inc common stock | | None | | | Sold | 01/17/13 | K | C | |
| 90. -Neuberger Berman Eq FDS GBL Thematic Opp Fd Inst mutual fun | A | Dividend | M | T | Buy (add'l) | 02/19/13 | J | | |
| 91. | | | | | Buy (add'l) | 05/07/13 | K | | |
| 92. | | | | | Buy (add'l) | 05/20/13 | K | | |
| 93. -Treasury Wine Estates US listed common stock | A | Dividend | | | Sold | 04/05/13 | K | D | |
| 94. -Honeywell Intl Inc common stock | B | Dividend | L | T | | | | | |
| 95. -Boeing Co common stock | B | Dividend | L | T | Sold (part) | 11/04/13 | K | E | |
| 96. -Novartis AG American depository shares | B | Dividend | K | T | | | | | |
| 97. -Roche Holding LTD Spon ADR REPSTG ORD | B | Dividend | L | T | | | | | |
| 98. -Occidental Pete Corp common stock | A | Dividend | K | T | | | | | |
| 99. -Weyerhaeuser Co common stock | A | Distribution | | | Sold | 06/18/13 | K | D | |
| 100. -Intel Corp common stock | | None | | | Sold | 01/18/13 | K | | |
| 101. -Newmont Mining Corp Holding Co common stock | A | Dividend | | | Sold | 06/12/13 | K | | |
| 102. -Cisco Systems Inc common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Deere & Co common stock | B | Dividend | L | T | Buy (add'l) | 03/19/13 | K | | |
| 104.  -Allstate Corp common stock | A | Dividend | | | Buy | 01/03/13 | K | | |
| 105. | | | | | Sold | 03/08/13 | L | D | |
| 106.  -Motorola Solutions Inc common stock | A | Dividend | | | Buy | 01/18/13 | K | | |
| 107. | | | | | Sold | 09/16/13 | K | | |
| 108.  -American International Group Inc New common stock | A | Dividend | K | T | Buy | 01/25/13 | K | | |
| 109.  -Statoil ASA Sponsored ADR common stock | B | Dividend | | | Buy | 02/07/13 | K | | |
| 110. | | | | | Sold | 07/17/13 | K | | |
| 111.  -Neuberger & Berman Equity FDS Equity Income FD Instl mutual fund | C | Dividend | M | T | Buy | 02/19/13 | K | | |
| 112. | C | Distribution | | | Buy (add'l) | 05/07/13 | K | | |
| 113. | | | | | Buy (add'l) | 05/20/13 | K | | |
| 114.  -Bed Bath & Beyond Inc common stock | | None | L | T | Buy | 02/21/13 | J | | |
| 115. | | | | | Buy (add'l) | 11/18/13 | K | | |
| 116.  -Norfolk Southern Corp common stock | B | Dividend | K | T | Buy | 02/21/13 | K | | |
| 117.  -General Dynamics Corp common stock | B | Dividend | L | T | Buy | 02/27/13 | K | | |
| 118. | | | | | Buy (add'l) | 03/19/13 | K | | |
| 119.  -Koninkluke Philips NV common stock | | None | K | T | Buy | 06/19/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -C R Bard Inc common stock | A | Dividend | K | T | Buy | 07/16/13 | K | | |
| 121. -Exxon Mobil Corp common stock | A | Dividend | K | T | Buy | 07/17/13 | K | | |
| 122. -Foot Locker Inc common stock | A | Dividend | L | T | Buy | 08/19/13 | K | | |
| 123. | | | | | Buy (add'l) | 11/19/13 | K | | |
| 124. -Express Scripts Holding Company common stock | | None | L | T | Buy | 08/27/13 | K | | |
| 125. | | | | | Buy (add'l) | 12/03/13 | K | | |
| 126. -Gap Inc common stock | | None | K | T | Buy | 10/11/13 | K | | |
| 127. -Corning Inc common stock | A | Dividend | K | T | Buy | 11/04/13 | K | | |
| 128. -Antero Resources Corp common stock | | None | K | T | Buy | 11/07/13 | K | | |
| 129. -Lennar Corp Cl A common stock | | None | K | T | Buy | 12/03/13 | K | | |
| 130. -General Motors common stock | | None | K | T | Buy | 12/06/13 | K | | |
| 131. -Sandisk Corp common stock | | | K | T | Buy | 12/06/13 | K | | |
| 132. IRA #3-Wells Fargo Bank N.A. | A | Interest | J | T | | | | | |
| 133. IRA #4-Wells Fargo Bank N.A. | A | Interest | J | T | | | | | |
| 134. Morgan Stanley Smith Barney brokerage account #1 | | | | | | | | | |
| 135. -Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 136. -Citizens Util Co bond | B | Interest | | | Sold | 05/10/13 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Reinsurance Grp of America Co Bond | A | Interest | | | Sold | 01/04/13 | K | B | |
| 138.  -Lloyds TSB Group PLC REGS bond | A | Dividend | | | Buy | 01/04/13 | K | | |
| 139. | | | | | Sold | 08/26/13 | K | | |
| 140.  -Assured GTY US Hldgs bond | B | Interest | | | Buy | 01/04/13 | K | | |
| 141. | | | | | Sold | 08/26/13 | K | | |
| 142.  -Resource Capital Corp preferred stock | A | Dividend | | | Buy | 05/10/13 | K | | |
| 143. | | | | | Sold | 08/26/13 | K | | |
| 144.  -Goodrich Petroleum Co preferred stock | | None | | | Buy | 08/26/13 | K | | |
| 145. | | | | | Sold | 09/25/13 | J | | |
| 146.  -Colony Finl Inc preferred stock | | None | | | Buy | 08/26/13 | K | | |
| 147. | | | | | Sold | 09/25/13 | K | A | |
| 148.  American Capital Agency preferred stock | | None | | | Buy | 08/26/13 | K | | |
| 149. | | | | | Sold | 09/25/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/18/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 65: The mutual fund was mistakenly identified as Investor Class in prior reports. The name was corrected to Institutional Class in this report. All other items of income and gain were reported correctly in the past.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kevin Gross**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544